Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******4414/ Our File No. 10-06-7221-NV

Attorney for Secured Creditor
Chase Home Finance, LLC

**ECF FILED ON:**

**JAN 07 2011**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

KEVIN G. SMITH

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 10-20270-MKN
DATE:
TIME:

## STIPULATION FOR ADEQUATE PROTECTION AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT

THIS MATTER HAVING been negotiated in good faith as between the parties, Michael W. Chen, Esq. of THE COOPER CASTLE LAW FIRM attorneys of record for Secured Creditor, having appeared and Kevin G. Smith appearing through David A Riggi, Esq.,

IT IS STIPULATED, AGREED TO, and ORDERED that DEBTOR(S) shall maintain regular monthly post-petition payments on Secured Creditor's First Trust Deed obligation, encumbering the subject Property, generally described as 934 Cantabria Heights, Las Vegas, NV 89106 ("Property" herein) and legally described as follows:

BEING MORE PARTICULARLY DESCRIBED BY A LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF. BEING THE SAME PREMISES CONVEYED TO THE TRUSTORS HEREIN BY DEED BEING RECORDED SIMULTANEOUSLY HEREWITH; THIS BEING A DEED OF TRUST GIVEN TO SECURE THE PURCHASE PRICE OF THE ABOVE DESCRIBED PREMISES.

in a timely fashion, commencing with the January 1, 2011 payment (currently $702.53/mo, but subject to adjustment under the terms of the promissory note), and continuing thereafter on the first day of each month until the earlier of confirmation of the Chapter 11 Plan of Reorganization or

dismissal of the case. Payments are due on the 1st day of each month. Said payments shall be made directly to Chase Home Finance, LLC, attn: OH4-7119, 3415 Vision Drive, Columbus, OH, 43219.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event that the Debtor fails to comply with the regular monthly payments stipulated/ordered above, Secured Creditor shall file a Notice of Default to court and will send a copy to Kevin G. Smith at 934 Cantabria Heights, Las Vegas, NV 89106 and to the Debtors counsel David A Riggi, Esq., located at 5550 Painted Mirage Road #120, Las Vegas, NV 89149, stating that the Debtor shall have fifteen (15) days to cure. An additional attorney's fee of $100.00 will be incurred for each notice of default. In the event that the Debtor fails to timely cure said default of payments after the fifteen (15) day period has expired, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately extinguished for all purposes as to Secured Creditor Chase Home Finance, LLC, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property. Upon disposition of collateral, Secured Creditor will amend or delete its Proof of Claim and provide Trustee with the notice of same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event case converts to a Chapter 7 proceeding the Secured Creditor will issue the same written notice as stated above for the total arrears to include pre-confirmation debt (if any should remain) that would have been paid through the former Chapter 11 Plan which Debtor will be given the same fifteen (15) day period to cure. In the event Debtor fails to cure said arrears after the fifteen (15) day period has expired, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately extinguished for all purposes as to the Secured Creditor Chase Home Finance, LLC, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the

/ / /

subject property.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: _/s/ Michael W. Chen_____     Date: _____
Michael W. Chen, Esq.
Attorney for Secured Creditor
Chase Home Finance, LLC

APPROVED/DISAPPROVED

By: _____     Date: _1_/_5_/_10_
David A Riggi, Esq.
Attorney for Kevin G. Smith

- 3 -



LV-2009743-BJ

## LENDER INFORMATION SHEET

**CURRENT OWNER:** RICHMOND AMERICAN HOMES OF NEVADA INC., A COLORADO CORPORATION

**PROPERTY ADDRESS:** 934 CANTABRIA HEIGHTS AVENUE

**LEGAL DESCRIPTION:**

**PARCEL I:**

LOT TWO HUNDRED SEVEN (207) IN BLOCK FOUR (4) OF CACTUS/MARYLAND - THE SEASONS - UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 103 OF PLATS, PAGE 28 IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

RESERVING THEREFROM THE PRIVATE EASEMENTS AS DELINEATED ON THE PLAT OF THE CACTUS/MARYLAND - THE SEASONS - UNIT 1.

**PARCEL II:**

AN EASEMENT FOR INGRESS AND EGRESS OVER THE PRIVATE STREETS, COMMON ELEMENTS AND PRIVATE EASEMENTS AS DELINEATED ON THE PLAT OF THE CACTUS/MARYLAND - THE SEASONS - UNIT 1.

**ASSESSORS PARCEL NUMBER:** 177-34-510-070

**TAX RATE:** 2.8990

**NOTE:**
TAXES FOR THE FISCAL YEAR JULY 1, 2001 TO JUNE 30, 2002, INCLUDING ANY SECURED PERSONAL PROPERTY TAXES COLLECTED THEREWITH.
APN (635) 177-34-501-014   TOTAL TAX: $13,873.74 (PAID)

(WITH OTHER LAND)

**NOTE:**
TAXES FOR THE FISCAL YEAR JULY 1, 2001 TO JUNE 30, 2002, INCLUDING ANY SECURED PERSONAL PROPERTY TAXES COLLECTED THEREWITH.
APN (635) 177-34-501-013   TOTAL TAX: $13,885.63 (PAID)

(WITH OTHER LAND)

```
CLARK COUNTY, NEVADA
JUDITH A. VANDEVER, RECORDER
RECORDED AT REQUEST OF:
FIRST AMERICAN TITLE COMPANY OF
07-02-2002 10:07   MSH      28
                OFFICIAL RECORDS
BOOK: 20020702  INST:  00952
FEE:      41.00   RPTT:         .00
```