| | |
|---|---|
| Gina M. Corena, Esq.<br>Nevada Bar No. 10330<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052<br>(702) 369-5960 / FAX (702) 369-4955<br>E-mail: gcorena@mileslegal.com<br>File No. 10-92286 | E-filed on <u>February 8, 2011</u> |

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>KEVIN G. SMITH,<br><br>　　　　　Debtor(s) | Case No.: BK-S-10-20270-MKN<br>Chapter 11 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>　　　　　Secured Creditor,<br><br>vs<br><br>KEVIN G. SMITH, Debtor(s), U.S. TRUSTEE-LV-11, Trustee,<br><br>　　　　　Respondent(s) | **NOTICE OF ENTRY OF STIPULATED ORDER RE DEBTOR'S MOTION TO VALUE AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT FOR PROPERTY 116 ALMENDIO LANE, HENDERSON, NV**<br><br>Date:　January 12, 2011<br>Time:　09:30 A.M. |

TO:

DEBTOR:
Kevin G. Smith
235 Pintale Circle
Henderson, NV 89074

ATTORNEY FOR DEBTOR:
David A. Riggi
5550 Painted Mirage Road. #120
Las Vegas, NV 89149

1

CHAPTER 11 TRUSTEE:
U.S. Trustee-LV-11
300 Las Vegas Blvd S.
Suite 4300
Las Vegas, NV 89101

PLEASE TAKE NOTICE that a **Stipulated Order Re Debtor's Motion to Value and Termination of Automatic Stay Upon Non-Payment for Property 116 Almendio Lane, Henderson, NV** was entered herein on ___February 4, 2011___. A copy of the Order is attached hereto as Exhibit "A".

Dated: February 7, 2011           By: /s/ Gina M. Corena, Esq.
                                      Gina M. Corena, Esq.

## CERTIFICATE OF MAILING

I hereby certify and declare under penalty of perjury under the laws of the State of Nevada that a copy of Notice of Entry, with attached Exhibit "A", **Stipulated Order Re Debtor's Motion to Value and Termination of Automatic Stay Upon Non-Payment for Property 116 Almendio Lane, Henderson, NV**, was mailed to each party noted above on __February 8, 2011__.

Date: February 8, 2011            /s/ Stacey L. Werner
                                  An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(10-92286/nvnoe.dot/SLW)

2

# Exhibit A

Entered on Docket
February 04, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Gina M. Corena, Esq.
Nevada Bar No. 10330
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: gcorena@mileslegal.com
File No. 10-92286

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>KEVIN G. SMITH,<br>            Debtor(s) | Case No.: BK-S-10-20270-MKN<br>Chapter 11 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br>            Secured Creditor,<br>vs<br>KEVIN G. SMITH, Debtor(s), U.S. TRUSTEE, Trustee,<br>            Respondent(s) | STIPULATED ORDER RE DEBTOR'S MOTION TO VALUE AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT FOR PROPERTY 116 ALMENDIO LANE, HENDERSON, NV<br><br>Date:   January 12, 2011<br>Time:  09:30 A.M. |

      IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, through its counsel, GINA M. CORENA, ESQ., of the law firm of Miles, Bauer, Bergstrom & Winters,

1

1  LLP, attorneys of record for Secured Creditor, and Debtor, KEVIN G. SMITH, through its

2  counsel, DAVID A. RIGGI, as follows:

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the value of the subject

4  Property described as follows: **116 Almendio Lane, Henderson, NV 89074** ("Property" herein)

5  and legally described as follows:

6      LOT THREE (3) IN BLOCK THREE (3) OF AMENDED MAP OF OAKWOOD, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 32 OF

7  PLATS, PAGE 61, AND BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 13, 1986 IN BOOK 860213 AS DOCUMENT NO. 00329 OF

8  OFFICAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

9

10  shall be adjudicated to be $107,000.00 for the purposes of bifurcating the claim of Secured

11  Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS

    SERVICING, LP.

12

13      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor shall maintain

14  the regular amortized monthly principal and interest only payments of $590.86 at 5.25% over 30

15  years for the total crammed down value of $107,000.00 commencing with the February 1, 2011

16  payment. Said payments shall be made directly to BAC HOME LOANS SERVICING, LP FKA

17  COUNTRYWIDE HOME LOANS SERVICING LP, MAIL CODE: TX2-982-03-03, 7105

18  CORPORATE DRIVE, PLANO, TX 75024 referencing loan number ending in *****9177 on all

    payments.

19

20      IT IS FURTHER ORDERED, ADJUDGED AND AGREED that the Debtor becomes current

21  with the taxes and insurance. At the present, Debtor's total amount of escrow shortage on the

22  note is $243.60 to be paid within six (6) months of the entry of this stipulated order. Debtor must

23  send a cashier check or money order for the escrow shortage to BAC HOME LOANS

24  SERVICING, LP, c/o Miles, Bauer, Bergstrom & Winters, LLP, 2200 Paseo Verde Pkwy., Suite

    250, Henderson, NV 89052, Attention: Bankruptcy Department. The Debtor will provide his

2

1  own taxes and insurance to the Customer Service Department and to the Bankruptcy Department,
2  making this loan a non-escrow loan.
3      Secured Creditor reserves the right to make the election under §1111(b) to have its claim
4  deemed fully secured in the amount of $134,014.91.
5      Secured Creditor reserves the right to vote to reject the Chapter 11 Plan of
6  Reorganization if it deems necessary.
7      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the Debtor fail
8  to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing
9  the normal grace period, or fail to maintain the property taxes or insurance, Secured Creditor
10 shall send 15-days' written notice of default to Debtor and Debtor's counsel and, should the
11 Debtor fail to cure their delinquency pursuant to said written notice, Secured Creditor shall
12 submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order,
13 the Automatic Stay shall be immediately terminated and extinguished for all purposes as to
14 Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME
15 LOANS SERVICING, LP, its assignees and/or successors in interest.
16     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event the
17 instant bankruptcy proceeding is dismissed or converted to another chapter, this Order shall be
18 terminated and have no further force or effect.
19     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any funds received by
20 Secured Creditor, which are subsequently returned for non-sufficient funds, shall be subject to
21 the default provisions contained herein.
22 ///
23 ///
24 ///

1     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for Reorganization without the express written consent of Secured Creditor.

    In the event, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, LP elects to make an 1111b election, the terms of the stipulation may be modified, altered or changed as to BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, LP's claim treatment but not as to valuation of the property.

    IT IS SO ORDERED.

Submitted by:

DATED: January 11, 2011      By: /s/ Gina M. Corena, Esq.
    Gina M. Corena, Esq.
    Attorney for Secured Creditor
    BAC HOME LOANS SERVICING, LP FKA
    COUNTRYWIDE HOME LOANS SERVICING LP

APPROVED/DISAPPROVED

DATED: 1/26/11

DAVID A. RIGGI
Attorney for Debtor

(10-92286/nvapo.dot/slw)

###

4