|   |   |   |
|---|---|---|
| 1 | Gina M. Corena, Esq.<br>Nevada Bar No. 10330 | E-filed on February 25, 2011 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250 | |
| 3 | Henderson, NV 89052<br>(702) 369-5960 / FAX (702) 369-4955 | |
| 4 | E-mail: gcorena@mileslegal.com<br>File No. 10-92385 | |
| 5 | | |
| 6 | Attorneys for Secured Creditor,<br>BAC HOME LOANS SERVICING, LP FKA<br>COUNTRYWIDE HOME LOANS SERVICING LP | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | | Case No.: BK-S-10-20270-MKN<br>Chapter 11 |
| KEVIN G. SMITH, | | |
| Debtor(s) | | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, | | **NOTICE OF ENTRY OF SECURED CREDITOR'S STIPULATED ORDER RE DEBTOR'S MOTION TO VALUE AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT FOR PROPERTY 10349 ADAMS CHASE STREET, LAS VEGAS, NV** |
| Secured Creditor, | | |
| vs | | |
| KEVIN G. SMITH, Debtor(s), U.S. TRUSTEE-LV-11, Trustee, | | Date:  February 23, 2011<br>Time:  09:30 A.M. |
| Respondent(s) | | |

TO:

DEBTOR:
Kevin G. Smith
235 Pintale Circle
Henderson, NV 89074

ATTORNEY FOR DEBTOR:
David A. Riggi
5550 Painted Mirage Road. #120
Las Vegas, NV 89149

1

| | |
|---|---|
| 1 | CHAPTER 11 TRUSTEE: |
| | U.S. Trustee-LV-11 |
| 2 | 300 Las Vegas Boulevard. S. |
| | Suite 4300 |
| 3 | Las Vegas, NV 89101 |

4   PLEASE TAKE NOTICE that a **STIPULATED ORDER RE DEBTOR'S MOTION**

5   **TO VALUE AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT**

6   **FOR PROPERTY 10349 ADAMS CHASE STREET, LAS VEGAS,** NV was entered herein

7   on ___February 24, 2011___. A copy of the Order is attached hereto as Exhibit "A".

8   Dated:  February 25, 2011          By:  /s/ Gina M. Corena, Esq.
                                              Gina M. Corena, Esq.

9

### CERTIFICATE OF MAILING

10

11  I hereby certify and declare under penalty of perjury under the laws of the State of Nevada that a

12  copy of Notice of Entry, with attached Exhibit "A", **STIPULATED ORDER RE DEBTOR'S**

13  **MOTION TO VALUE AND TERMINATION OF AUTOMATIC STAY UPON NON-**

14  **PAYMENT FOR PROPERTY 10349 ADAMS CHASE STREET, LAS VEGAS,** NV, was

15  mailed to each party noted above on February 25, 2011.

16  Date:  February 25, 2011        /S/ Stacey L. Werner
                                      An Employee of Miles, Bauer, Bergstrom & Winters, LLP

17  (10-92385/nvnoe.dot/SLW)

2

# EXHIBIT A

Entered on Docket
February 24, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Gina M. Corena, Esq.
Nevada Bar No. 10330
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: gcorena@mileslegal.com
File No. 10-92385

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No.: BK-S-10-20270-MKN |
| --- | --- |
| KEVIN G. SMITH, | Chapter 11 |
| Debtor(s) | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, | STIPULATED ORDER RE DEBTOR'S MOTION TO VALUE AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT FOR PROPERTY 10349 ADAMS CHASE STREET, LAS VEGAS, NV |
| Secured Creditor, | |
| vs | |
| KEVIN G. SMITH, Debtor(s), U.S. TRUSTEE-LV-11, Trustee, | Date: February 23, 2011 |
| Respondent(s) | Time: 09:30 A.M. |

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, through its counsel, GINA M. CORENA, ESQ., of the law firm of Miles, Bauer, Bergstrom & Winters,

1

1  LLP, attorneys of record for Secured Creditor, and Debtor, KEVIN G. SMITH, through its

2  counsel, DAVID A. RIGGI, as follows:

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the value of the subject

4  Property described as follows: **10349 Adams Chase Street, Las Vegas, NV 89123** ("Property"

5  herein) and legally described as follows:

6      LOT FIVE (5) IN BLOCK ONE (1) OF LAMPLIGHT SQUARE UNIT 1, AS
    SHOWN BY MAP THEREOF ON FILE IN BOOK 97 OF PLATS, PAGE 21 IN
7      THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA

8  shall be adjudicated to be $125,000.00 for the purposes of bifurcating the claim of Secured

9  Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS

10  SERVICING, LP.

11      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor shall maintain

12  the regular amortized monthly principal and interest only payments of **$760.32** at 5.25% over the

13  remaining term of 291 months for the total crammed down value of $125,000.00 commencing

14  with the **March 1, 2011** payment. Said payments shall be made directly to BAC HOME LOANS

15  SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, MAIL CODE:

16  TX2-982-03-03, 7105 CORPORATE DRIVE, PLANO, TX 75024, referencing loan number

17  ending in ******9528 on all payments.

18      IT IS FURTHER ORDERED, ADJUDGED AND AGREED that the Debtor becomes

19  current with the taxes and insurance. At the present, Debtor's total amount of escrow shortage on

20  the note is $3,661.01 to be paid within six (6) months of the entry of this stipulated order. Debtor

21  must send a cashier check or money order for the escrow shortage to BAC HOME LOANS

22  SERVICING, LP, c/o Miles, Bauer, Bergstrom & Winters, LLP, 2200 Paseo Verde Pkwy., Suite

23  250, Henderson, NV 89052, Attention: Bankruptcy Department. The Debtor will provide his

24

1 | own taxes and insurance to the Customer Service Department and to the Bankruptcy Department,
2 | making this loan a non-escrow loan.
3 |     Secured Creditor reserves the right to make the election under §1111(b) to have its claim
4 | deemed fully secured in the amount of $246,219.42.
5 |     Secured Creditor reserves the right to vote to reject the Chapter 11 Plan of
6 | Reorganization if it deems necessary.
7 |     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the Debtor fail
8 | to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing
9 | the normal grace period, or fail to maintain the property taxes or insurance, Secured Creditor
10 | shall send 10-days' written notice of default to Debtor and Debtor's counsel and, should the
11 | Debtor fail to cure their delinquency pursuant to said written notice, Secured Creditor shall
12 | submit an Ex Parte Order Terminating the Automatic Stay.  Upon entry of the Ex Parte Order,
13 | the Automatic Stay shall be immediately terminated and extinguished for all purposes as to
14 | Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME
15 | LOANS SERVICING, LP, its assignees and/or successors in interest.
16 |     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event the
17 | instant bankruptcy proceeding is dismissed or converted to another chapter, this Order shall be
18 | terminated and have no further force or effect.
19 |     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any funds received by
20 | Secured Creditor, which are subsequently returned for non-sufficient funds, shall be subject to
21 | the default provisions contained herein.
22 | ///
23 | ///
24 | ///

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and
2  conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for
3  Reorganization without the express written consent of Secured Creditor, unless Secured Creditor
4  to the Chapter 11 Plan inconsistently with this Stipulation.

5  In the event, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME
6  LOANS SERVICING, LP elects to make an 1111b election, the terms of the stipulation may be
7  modified, altered or changed as to BAC HOME LOANS SERVICING, L.P. FKA
8  COUNTRYWIDE HOME LOANS SERVICING, LP's claim treatment but not as to valuation of
9  the property.

10  IT IS SO ORDERED.

11
Submitted by:
12

13
DATED: February 16, 2011           By: /s/ Gina M. Corena, Esq.
14                                   Gina M. Corena, Esq.
                                     Attorney for Secured Creditor
15                                   BAC HOME LOANS SERVICING, LP FKA
                                     COUNTRYWIDE HOME LOANS SERVICING
16                                   LP

17  APPROVED/DISAPPROVED

18
DATED:_____
19                                   _____
                                     DAVID A. RIGGI
                                     Attorney for Debtor
20

21  (10-92385/nvapo.dot/slw)

22

23                                   ###

24