ALLISON SCHMIDT, ESQ.
Nevada Bar No.: 10743
THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: aschmidt@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 10-20270-mkn |
| | ) |
| KEVIN G. SMITH, | ) CHAPTER 11 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On November 13, 2019 I served the following documents described as:

- **ORDER DENYING AS MOOT MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>KEVIN G. SMITH<br>235 PINTALE CIRCLE<br>HENDERSON, NV 89074-4222<br><br>**U.S. Trustee**<br>U.S. TRUSTEE - LV - 11, 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101 | **Debtor's Counsel**<br>DAVID A RIGGI<br>5550 PAINTED MIRAGE ROAD #320<br>LAS VEGAS, NV 89149 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on November 13, 2019 at Santa Ana, California

/*s / Evan Tragarz*
Evan Tragarz